

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2014

No. 04-12-00108-CV

**IN THE INTEREST OF M.G.N. AND A.C.N., MINOR CHILDREN,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-17947
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

On April 24, 2013, this court issued an opinion in this appeal wherein this matter was reversed and remanded to the trial court. On August 22, 2014, the Texas Supreme Court reversed this court's opinion and remanded the cause to this court for further proceedings consistent with its opinion. This matter was reinstated on the court's docket on September 23, 2014. The parties were given time to file additional briefing. Appellant's brief was filed on October 23, 2014. On November 25, 2014, Appellee filed a motion requesting an extension of time to file a supplemental brief. The motion is granted. Appellee's supplemental brief is deemed filed on December 1, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2014.



_____
Keith E. Hottle
Clerk of Court